# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

## CHARLESTON DIVISION

| | | |
|---|---|---|
| AKILIOU SMITH, | ) | C/A No.: 2:16-cv-0655-PMD-BM |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **PLAINTIFF'S DISCLOSURE OF** |
| | ) | **EXPERT WITNESSES PURSUANT** |
| | ) | **TO FED. R. CIV. P. 26(a)(2)** |
| CHARLESTON COUNTY, | ) | |
| THE CHARLESTON COUNTY | ) | |
| SHERIFF'S OFFICE, JAMES L. JACKO, | ) | |
| and DONALD STANLEY, individually, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to 26(a)(2) of the Federal Rules of Civil Procedure, the above-captioned Plaintiff, by and through his undersigned attorneys, hereby discloses and designates the following as expert witness(es):

> Seth W. Stoughton
> 1525 Senate Street
> Columbia, SC 29201

Seth Stoughton is an Assistant Professor at the University of South Carolina School of Law and a former police officer specializing in police training, police procedure, use of force, police/community relations, institutional dynamics of law enforcement and the regulation of police. Mr. Stoughton teaches courses on Criminal Law, Criminal Procedure, Police Law & Policy, and Advanced Topics in Criminal Law. Mr. Stoughton was a Climenko Fellow and Lecturer on Law at Harvard Law School during the years 2012 through 2014. Mr. Stoughton obtained his juris doctorate from the University of Virginia School of Law.

He is expected to testify consistent with his written report and as to matters within his experience and training regarding his knowledge and opinions pertaining to the facts alleged in Plaintiff's Complaint, additional pleadings, materials exchanged in discovery, and deposition

testimony provided by witnesses upon scheduling and completion. The grounds of his opinions are based upon his education, employment experience, and review of case materials. His qualifications can be found in his curriculum vitae.

Plaintiff reserves the right to designate a responsive expert to any expert Defendants designate after this date. Plaintiff also reserves the right to call any expert witness who may be required to substitute for another expert listed herein in the event that the listed expert becomes unavailable to testify at trial due to circumstances beyond Plaintiff's control.  Plaintiff further reserves the right to supplement this list prior to the trial of this case.

Plaintiff certifies through his counsel that pursuant to Fed. R. Civ. P. 26(a)(2)(B) he will serve on all counsel this same day via U.S. Mail those materials required as part of his expert disclosures.

**McLeod Law Group, LLC**
3 Morris Street, Suite A
P.O. Box 21624
Charleston, SC 29413
P: (843)277-6655 F: (843)277-6660


___/s/ Michael Thomas Cooper_____

W. Mullins McLeod, Jr., No. 7142
Michael Thomas Cooper, No. 12198

*Attorneys for the Plaintiff*

This 24th day of July, 2017.
Charleston, South Carolina

2