## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

### CHARLESTON DIVISION

| | | |
|---|---|---|
| AKILIOU SMITH, | ) | C/A No.: 2:16-cv-0655-BHH |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| JAMES L. JACKO, ZACH LINDSAY, | ) | VERDICT FORM |
| JOHN WIEDEMANN, and MATTHEW | ) | |
| WEAN, in their respective INDIVIDUAL | ) | |
| Capacities; | ) | |
| Defendants. | ) | |
| | ) | |

*You are instructed to answer the following questions. You must all agree on your answer to each question and the foreperson must sign the completed form on the signature line.*

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

### VIOLATION OF CONSTITUTIONAL RIGHT TO BE FREE FROM UNREASONABLE SEARCH

Question No. 1:    Has Plaintiff, Akiliou Smith, proved by a preponderance of the evidence that the Defendants, violated his constitutional right to be free from unreasonable government intrusion into his home on December 07, 2015.

James Jacko:        Yes __✓__ / No _____

Zach Lindsay:       Yes __✓__ / No _____

John Wiedemann:     Yes _____ / No __✓__

Matthew Wean:       Yes _____ / No __✓__

*Proceed to the next page*

1

## VIOLATION OF CONSTITUTIONAL RIGHT TO BE FREE FROM UNREASONABLE SEIZURE

Question No. 2:   Has Plaintiff, Akiliou Smith, proved by a preponderance of the evidence that Defendants violated his constitutional right to be free from unlawful government restraint on December 07, 2015.

James Jacko:        Yes ✓ / No ____

Zach Lindsay:       Yes ____ / No ✓

John Wiedemann:     Yes ✓ / No ____

Matthew Wean:       Yes ✓ / No ____

## VIOLATION OF CONSTITUTIONAL RIGHT TO BE FREE FROM THE USE OF EXCESSIVE FORCE

Question No. 3:   Has Plaintiff, Akiliou Smith, proved by a preponderance of the evidence that Defendants violated his constitutional right to be free from the use of excessive force?

James Jacko:        Yes ____ / No ✓

Matthew Wean:       Yes ____ / No ✓

*If you answered "Yes" to either Question No. 1, Question No. 2, or Question No. 3 proceed to Question 4.*

### DAMAGES

Question No. 4:   What is the total amount, if any, of actual or compensatory damages Plaintiff, Akiliou Smith, proved, by a preponderance of the evidence, that he is entitled to recover from Defendants on his claims? Answer in dollars and cents.

$ *Fifty Thousand Dollars*

*If you answered that Akiliou Smith is entitled to any actual or compensatory damages, proceed to Question 5.*

Question No. 5:   If you determine Plaintiff, Akiliou Smith, is entitled to recover actual damages, did Plaintiff, Akiliou Smith, prove that any of Defendants'

2

conduct was motivated by evil motive or intent, or involved reckless or callous indifference to Plaintiff's rights?

Yes ✓ / No ___

***If you answered that Akiliou Smith is entitled to any punitive damages, proceed to Question 6.***

Question No. 6:    What amount of punitive damages is Plaintiff, Akiliou Smith, entitled to recover from Defendants. Answer in dollars and cents.

$ Five Hundred Thousand Dollars

**YOUR VERDICT MUST BE UNANIMOUS**

*Please sign and date the verdict form*

6/21/19
DATE

3